SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

FILED

2007 MAY 23  P 3: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,              CR No. 07   00321   JF

    Plaintiff,                    )    VIOLATION: 8 U.S.C. § 1326 -
                                  )    Illegal Re-entry Following Deportation
    v.                            )
                                  )
JOSE MANUEL HERNANDEZ,                 )
                                  )    SAN JOSE VENUE
    Defendant.                    )
_____)

I N F O R M A T I O N

The United States Attorney charges:

    On or about September 1, 2006, the defendant

                 JOSE MANUEL HERNANDEZ,

an alien, previously having been arrested and deported from the United States on or about

April 19, 2000 was found in the Northern District of California, the Attorney General of

the United States and the Secretary for Homeland Security not having expressly

consented to a reapplication by the defendant for admission into the United States, in

//

INFORMATION

1    violation of Title 8, United States Code, § 1326.

2

3    DATED: 5/23/07

4                                   SCOTT N. SCHOOLS
                                   United States Attorney
5

6

7                                   MATTHEW A. PARRELLA
                                   Chief, San Jose Branch
8

9    Approved as to form:
                         SAUSA: Benjamin Kennedy
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                          2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILING*

2007 MAY 23  P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

─── OFFENSE CHARGED ───

Title 8, U.S.C. § 1326 - Illegal Re-
Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

CR

─── DEFENDANT - U.S. ───

JOSE MANUEL HERNANDEZ

DISTRICT COURT NUMBER

07  00321  JF

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:          } SHOW
☐ U.S. Att'y ☐ Defense   DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)  MAGISTRATE
before U.S. Magistrate regarding   CASE NO.
this defendant were recorded under

Name and Office of Person
Furnishing Information on
   THIS FORM        SCOTT N. SCHOOLS

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    BENJAMIN KENNEDY

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other  } ☐ Fed'l  ☐ State
   charges

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes  } If "Yes"
been filed?     ☐ No     give date
                         filed

DATE OF          Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: