AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Jose Manuel Hernandez

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-00321 JF

I, Jose Manuel Hernandez, the above named defendant, who is accused of

8 U.S.C. § 1326

**FILED**
MAY 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/24/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Manuel Hernandez
Defendant

Lara _____
Counsel for Defendant

Before _____
Judicial Officer