# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, June 13, 2007
**Case Number:** CR-07-00321-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

**TITLE:**     **UNITED STATES OF AMERICA V. JOSE MANUEL HERNANDEZ**

|  **PLAINTIFF** | **DEFENDANT** |
|:---:|:---:|
| United States | Jose Manuel Hernandez |
| **Attorneys Present: Benjamin Kennedy** | **Attorneys Present: Lara Vinnard** |

---

PROCEEDINGS:

Status Review hearing  held.  Counsel, Spanish interpreter Heather Bridger and defendant
are present.  Continued to 7/12/07 at 9:00 a.m. for further status review (special setting).
29 days are excluded for the reasons stated.