**E-filed 6/25/07**

1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney

2

3   MARK L. KROTOSKI (CASBN 138549)
    Chief, Criminal Division

4   BENJAMIN T. KENNEDY (CASBN 241350)
    Assistant United States Attorney

5

6       150 Almaden Boulevard
        San Jose, California 95113
7       Telephone: (408) 535-5059
        Facsimile: (408) 535-5066
8       Email: benjamin.t.kennedy@usdoj.gov

    Attorneys for the United States of America

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,          )    No.    CR 07-00321 JF
                                         )
15          Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                         )    ORDER EXCLUDING TIME FROM JUNE
16      v.                               )    13, 2007 TO JULY 12, 2007 FROM THE
                                         )    SPEEDY TRIAL ACT CALCULATION
17   JOSE MANUEL HERNANDEZ,              )    (18 U.S.C. § 3161(h)(8)(A))
                                         )
18          Defendant.                   )
                                         )
19   _____)

20          On June 13, 2007 the parties appeared for a hearing before this Court.  At that hearing,

21   defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense

22   counsel's need to effectively prepare by reviewing the defendant's A file and other discovery

23   materials submitted by the government.  At that time, the Court set the matter for a hearing on

24   July 12, 2007.

25          The parties stipulate that the time between June 13, 2007 and July 12, 2007 is excluded

26   under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27   continuance would unreasonably deny defense counsel reasonable time necessary for effective

28   preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

                                        1

1  ends of justice served by granting the requested continuance outweigh the best interest of the

2  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

3  U.S.C. §3161(h)(8)(A).

4

5  DATED: June 15, 2007                    SCOTT N. SCHOOLS
                                           United States Attorney
6

7                                              /s/
                                           _____
8                                          BENJAMIN T. KENNEDY
                                           Assistant United States Attorney
9

10                                             /s/
                                           _____
11                                         LARA VINNARD
                                           Assistant Federal Public Defender

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 13, 2007 and July 12, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  6/25/07
  nunc pro tunc to 6/13/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE