**E-filed 7/13/07**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00321 JF |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **HEARING AND EXCLUDE TIME;** |
| v. | ) **[PROPOSED] ORDER** |
| JOSE MANUEL HERNANDEZ, | ) |
| Defendant. | ) |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, July 12, 2007, be continued to Wednesday, July 18, 2007, at 9:00 a.m.

The continuance is requested because the defense has proposed modifications to the government's settlement offer, which the government requires time to consider. The parties hope to resolve this illegal reentry case with a "fast track" disposition at the parties' next appearance.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00321 JF                    1

1  Dated:    7/11/07                         _____/s/_____
                                             LARA S. VINNARD
2                                            Assistant Federal Public Defender

3  Dated:    7/11/07                         _____/s/_____
                                             BENJAMIN KENNEDY
4                                            Assistant United States Attorney

5
                                 **ORDER**
6
   The parties have jointly requested a continuance of the hearing set for July 12, 2007, to
7
   allow time government to consider proposed modifications to the parties' settlement agreement.
8
   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
9
   presently set for July 12, 2007, be continued to July 18, 2007, at 9:00 a.m.
10
   Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
11
   from July 12, 2007, to July 18, 2007, shall be excluded from the period of time within which trial
12
   must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
13
14 Dated:  7/13/07                           _____
                                             JEREMY FOGEL
15                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00321 JF                2