## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Judgment and Sentencing, July 18, 2007
**Case Number:** CR-07-00321-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. JOSE MANUEL HERNANDEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Manuel Hernandez |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

Disposition and Judgment and Sentencing hearing held. Counsel and defendant are present. Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to 12 months and 1 day in prison; 3 years supervised release; and $100.00 special assessment.