FILED

JUL 2 5 2007

CLERK, U.S. ... COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

V.

JOSE MANUEL HERNANDEZ,
    Defendant.

Case No. CR-07-00321-JF

SEALING ORDER PURSUANT
TO GENERAL ORDER 54

    The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

—   Presentence Report

—   Plea Agreement

x   Statement of Reasons

IT IS SO ORDERED.

DATED: July 25, 2007

JEREMY FOGEL
United States District Judge